


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

*Kristopher Dorr*  †Plaintiff,

v.

*Ford Motor Company / Mazda Motor Corporation / Auto Alliance International / AAI Employee Services / Roderick M. Gray / Ron Greymar / Al Cannon Jr.*  †Defendant(s).

Case:2:11-cv-11542
Judge: Zatkoff, Lawrence P.
MJ: Majzoub, Mona K.
Filed: 04-11-2011 At 03:46 PM
EEOC CMP: KRISTOPHER DORR V. FORD MOTOR CO, ET AL (KB)

## COMPLAINT AND MOTION FOR OTHER RELIEF

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 (as amended by the Equal Employment Opportunity Act of 1972) for employment discrimination. Jurisdiction is specifically conferred on this Court under 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

2. Plaintiff resides at the address at the bottom of this form.

3. Defendant's address is: *1 American Rd.*  *Dearborn*  *Mi. 48126*
   STREET ADDRESS                              CITY              STATE ZIP

4. The address where the alleged discrimination occurred (the address where you were employed or sought employment): *1 International Dr.*  *Flat Rock*  *Mi. 48134*
   STREET ADDRESS                              CITY              STATE ZIP

5. The alleged discriminatory acts occurred: *11/2005 - present*  */Continuing Violation*
   FROM (DATE)              TO (DATE)

6. Charges were filed with the Michigan Civil Rights Commission regarding defendant's alleged discriminatory conduct:

   _____
   DAY/MONTH/YEAR (IF YOU DID NOT FILE WITH THIS AGENCY, LEAVE THIS LINE BLANK)

7. Charges were filed with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct:
   *12 / 1 / 2010*
   DAY/MONTH/YEAR (IF YOU DID NOT FILE WITH THIS AGENCY, LEAVE THIS LINE BLANK)

PAGE ONE OF TWO

INT-0137-MIE 4/95 REV. 10/01

6.   The Final Determination/Notice of Right to Sue letter from the Equal Employment
     Opportunity Commission was received on (date) _____2/14/2011_____.
     I  ☑ have   ☐ have not  filed this complaint within the 90 day period as
     required by 42 USC Section 2000e-5.

9.   The acts complained about in this suit concern:

     A. ☐  Failure to employ you        B. ☐ Termination of employment

     C. ☐  Failure to promote you       D. ☑ Other acts, explained below:

     _Release health information /Discrimination_
     _genetic information /medical Experimentation_
     _____
     _____

10.  Defendant's conduct is discriminatory based upon:

     A. ☐ race    B. ☐ color   C. ☐ gender    D. ☐ age   E. ☐ National origin

     F. ☑ ADA-defined disability/other: _GINA /health information/_
     _health care_

11.  *A copy of my charge to the Equal Employment Opportunity Commission is attached to this
     Complaint and is submitted as a brief statement of the facts of this claim.*

     *If relief is not granted, I will be irreparably denied rights secured by Title VII of the Civil
     Rights Act of 1964 and/or the Elliot-Larsen Civil Rights Act.*

     *I therefore pray that the Court grant such relief as may be appropriate, including injunctive
     orders, damages, costs and attorney fees.*

     _Kristopher Dorr_
     **SIGNATURE OF PLAINTIFF**

     _14633 Plymouth Rd #39_
     **STREET ADDRESS**

     _Detroit, Mi. 48227_
     **CITY, STATE, ZIP**

     _517-918-1294_
     **TELEPHONE NUMBER**

     _4/8/2011_
     **DATE**

**Attached to Complaint**

11/2005

I observed that I was being watched in the plant, Ezekiel Zachariah and Rodney (an Arab individual) was trying to start fights with me on the line. They kept looking at my phone and try to gather information about where I was going after work and who I was texting. Rod Gray would periodically walk by and watch what was transpiring but he would do nothing in regards to stopping the harassment. All the workers from the St. Louis plant that transferred to AAI and worked in trim and final on units 11, 13 and 15 was attempting to start fights with me as well as harassing me by talk about my clothing and my shoes and would stare and laugh with their friends. When I got angry they acted like I was the problem and they did nothing wrong.

We were told before we transferred from Romeo that Ford was bringing undercover Narcotics agents to Flat Rock from St. Louis. They were sending these individuals to the Flat Rock plant because it is a Port of Entry into the country. Also because the land and is considered property of the Federal Government because two International Companies jointly build cars there. I began to realize that some of the people around me were acting like narcotics agents. I also started to tell people that they are about to do a drug raid so be careful and don't buy any drugs from anyone.

People were coming up to me in the middle of the isle between lines asking me if I wanted to buy some drugs. I told them no and I believed that they were trying to entrap people in the plant. So I did not associate myself with them. I noticed that all the male Supervisors would hide between the workstations and watch me from a distance. I asked on if he was watching me and he hesitantly said no why would you ask that.

We were hearing rumors about a massive layoff that was going to affect Ford Motor Company. After the rumor began to look more apparent the harassment began to intensify. A male supervisor walked up to me one day and said that Ford policy is that no one can leave the plant grounds on breaks. I said ok and walked away from him. Then I started noticing that when I came back to the line from break there would be about four Management Personnel standing around the door waiting for me to walk back in the plant.

3/2006

As I was sitting in the shop office at a conference table during lunch and I overheard the Manager in charge of the afternoon shift plant operations talking in his office with a Superintendent. He stated that I was a problem and he did not know what to do with me. The Superintendent said that he would put his employees on me. Then the Superintendent left the Managers office and said to me as I was eating lunch you are guarding that chicken like a dog. He then left the shop office and I went back to the line.

Later that day I was doing my job and I looked up from the car that I put my part on and I saw Rod Gray talking to a repair guy. As soon as I saw them he pointed to me. After he pointed to me the next car was

in front of me so I turned to put my part on that vehicle. I witnessed the relief person for the afternoon shift unit 13, an African American male, selling drugs to workers in the plant.

I then overheard Ezekial Zachariah Jr. talking to his dad Ezekial Zachariah Sr. about a case that was pending. Ezekial Zachariah Sr. asked his son how is the case going and his son said he didn't get the arrest. I then heard Ezekial Zachariah Sr. say that he called Real Estate One asking if I was really a Realtor and they told him that I had extensive training in Marketing. Ezekial Zachariah Jr. angry and look at me with a mean demeaner. He then began to harass after his father left at the direction of the Manager in charge of plant operations on the afternoon shift through Roderick Gray.

3/2006
I was asked if I wanted to transfer to unit 17 because of a shortage on the unit. I agreed to keep from having more problems. When I got to unit 17 some workers from the St. Louis plant were talking on the station next to me and I heard them say that they got the order to start on him. The supervisor from the door line (an individual from St. Louis came to speak with the worker at the station where the two individuals were previous talking. I then went to the bathroom. When I returned the Supervisor called Rod Gray on the walkie talkie and asked him to come to the station. He then told Rod Gray that I was a security threat.

Rod Gray then took me off the station I was on and started yelling 99 on his walkie talkie. He then stopped at a station one line over numbered 99. He picked up something and took me to another station on unit 17. When I got there I was put on a job and the Supervisor (a woman from St. Louis) of our unit came down and tried to give me a long blunt wrench. I told her that I did not need it. She then left it on the table at the station and said it's there if you need it.

After she left I heard George (a floater from St. Louis) talking about me saying that I am too small to fight and that I can't beat it. There were two workers at the station before me that had a radio and they started blasting rock and roll music. For the rest of that day I was harassed by the workers in that area. The next day I went to the doctor and was told to go see a psychiatrist. After meeting with a psychiatrist I was taken out of work and placed in Providence Hospital, diagnosed with paranoid schizophrenia.

3/2006
As I was working on my computer at home I noticed that someone was trying to gain access to my computer and Sprint Windows Mobile device. The dates on my calendar were change from Eastern Standard Time to Pacific Standard Time. My doctor's appointment times were also changed to different days. They were attempting to steal files from my computer that pertained to my Real Estate business.

There was also people outside my home screaming and yelling as I worked saying, like he on a medical and Rod Gray said that ain't no money going around unless you go down on a man. As I walked to the store the whole neighborhood began harassing me. They were provoking me into a physical altercation saying that I was gay and that they would beat me down. I also noticed that there were people circling my home in Ford Motor Company vehicles at all times of the night. They were following me to the gas station and to my mother's house, and they would come to my church and harass me during service.

3/2006
Lying in my bed I began to hear voices in my head and they were saying you can't beat it and just jack off. I heard voices on my phone speaking about what I was thinking and making sexual references like he want to cum and he got a hard on. I also felt my muscles twitch in my genital area as I lay in the bed. The voices on the phone were saying that they were pulling on my penis. I told the Therapist what was happening and he said that it was tactile hallucinations.

6/2006
I began to see graffiti written on abandoned buildings in the City of Detroit. The graffiti looked like they were making fun of someone. As I began to see more of it I recognized that it was my last name spelled in Hebrew and my first initial at the end. Then I started seeing faces with the graffiti and I started noticing that it was spray painted with other sayings like the kid has balls and f u 2 with penis's.

After a while I started to take pictures of the graffiti and I kept them on my phone on a memory card. Then someone began to try and delete the photos from my phone. I began to purchase more cards and I began to hide them in my home. I then began to see the graffiti sprayed on churches and other places affiliated with Christianity.

8/2006
When I returned to work I transferred to day shift. The workers on the line were speaking about me being put in the hospital and that they thought that I was crazy. They were saying don't say anything to him. The workers were also saying that I had a small penis and that they saw me jacking off in my home. I was placed on unit 13 for a day and a worker that was placed on the job with me said that they were at the gas station and they saw King Kong smoking a blunt. I said King Kong, who is that and they said you know King Kong. I did not smoke weed and I had just returned to work so I thought they were talking about Rod Gray. I later found that Rod Gray was trying to set me up in a drug raid.

8/15/2008 7:30p.m.-8:30p.m.
I overheard a person named Gloria Redmond on my phone talking about me and my Real Estate business. They were repeating what I was thinking and using the electrical currents in my brain and ears which I called advanced technology. They were using hidden speakers in the neighborhood to transmit my thoughts throughout the neighborhood.

8/20/2008 6:39p.m.
Occupants in the apartment below me which is unit 216 where talking about my job and they were saying that I am a millionaire because of the harassment that Rod Gray was doing to me they also said that the monitoring of my thoughts through Remote Neural Monitoring was copy write infringement. The occupant also said that their group needs to dismantle because I knew who they were.
6:53p.m.
Occupants in the apartment below me unit 216 said that my brother Robert Dorr in Toledo, Ohio was murdered. They overheard me speaking about going to Ohio to see him.
7:17p.m.

Neighbors in the hallway was talking about me being on disability and they were saying that I still work at the plant. As I was thinking I could hear what I was thinking on hidden speakers in the neighborhood.

8/24/2008 2:30p.m.
I overheard occupants in the apartment complex talking about events of 2006 when I took a trip to Georgia. They said that I was going to be sacrificed by people in witchcraft. I was followed down the freeway between Atlanta and Jacksonville to Moultrie Ga. They also said that the FBI was involved. I was being watched driving and sleeping on the freeway and the FBI were the ones harassing me.

10/28/2009
I moved into my home at 16261 Tuller St. and people in my neighborhood began harassing. They were being tied to my phone line by someone at AT&T. They began harassing me and stealing files out of my wireless device and computer. They gained access to the camera on my phone and began to monitor what was happening in my home. They began sexually harassing me saying Rod Gray said that ain't no money going around unless you go down on a man. I began calling the police and reporting the matter.

12/18/2009 10:30p.m.
A woman was yelling outside my home saying that I was set up in Georgia. They had camera watching me and they were going to hang me in Moultrie, GA. I did not know Al Cannon Sr. and I was standing outside my home looking at some repairs that needed to be made. He asked me if he could do my floors in my house earlier. He said that he did carpet and he did the floors in my home before I moved in. He asked if he could see the floors and I said yeah.

After he left him and a friend of his was standing outside their home talking. He said that he thought that I got down. His friend said you talking to loud and you just came out of the closet. Al Cannon Sr. threatened me because they came out of the closet. I did not know that they were homosexuals and I did not ask them. Al Cannon Jr. said that I was a Ford Employee and that they knew what was happening to me. They also said that I was a millionaire.

1/16/2010
I was peeling the paint of the cabinets in my kitchen and I went into the basement to get a scraper. I noticed that the window on the south side of my home in the basement was broken from the outside. I went outside and sat in my car. Then about an hour later Al Cannon Sr. got to his house and he was riding with a person in an SUV. When he got out of the SUV he saw me sitting in my car. He then began to tap on the window of the SUV to indicate to me that he broke the window to the basement of my home. I filed a police report but they still kept putting garbage outside of the can near the window.

2/27/2010
I was in my home working on my computer and I heard something hitting the window of my house. I went outside and saw two people standing on Al Cannon Sr.'s porch. I walked around the house to see if there was anyone else out there. Seeing noone else was outside I asked the people on Al Cannon's porch was they throwing snowballs at my house. They said no and went in their house. There was two people walking down the street at this time and I asked them was they throwing snowballs at my house

and they said no. After about an hour the people over Al's house walked out and started talking about me. I went and filed a police report.

3/21/2010
Listening to Mix 92.3 Rhythm and Praise with Marvin Winans. I was talking to my neighbor and I heard a male say through my radio so much for your lawsuit. Taking the radio and using it against us. I told you the church won't do anything about what we go on anyway. Then Pastor hearing what they were saying said wow. I then heard Gloria say he heard you. They were referring to the letters that I wrote to Pastor in 2006 explaining to him what was happening to me.

Later that day in my home I heard a young person standing outside Al Cannon's home and they were saying that when they first started using electronic pulses on me I did not wake up with a hard penis. I then heard a woman on the phone say, they said that to everybody they went on, but they didn't say that it is a naturally body function.

3/26/2010
I was listening to the show hour with the Governor on Detroit Public Radio and they were speaking with Jennifer Granholm. She was talking about how the young people were leaving the State of Michigan. I cleared my throat as she was talking and she heard me. She began to tap on the microphone to indicate that she was able to hear me.

4/11/2010
I was at the gas station and a person in an army fatigues was looking at his SUV. I walked into the gas station and the person in the military fatigues walked in behind me. He spoke to the person behind the bullet proof glass and said you can go ahead and lock it up. I have to get a professional to handle him. I turned my head and looked at him because the muslin person behind the glass did not hear him. So he asked him to repeat himself. The person in the army fatigues said you can go ahead and lock it up, I have to get a professional to handle him. The person behind the glass in the gas station started to laugh.

5/23/2010 2:17p.m.
Individuals that are located at 16255 Tuller is affiliated with a motorcycle gang that has been gaining access to my computer through pirated software that has code imbedded in it. The software is Microsoft Office. Just today I was working on a business project and I was lifting weights at the same time. I had my shirt off and someone was monitoring me on my webcam. Also I had a database on my windows mobile based PDA and i had it linked to my computer via bluetooth. They managed to gain access to my PDA and deleted my databases that are for business purposes.

They are using digital white spaces (air space left from the converting from analog to digital format to listen to people on their cell phones via wireless microphones. They also have someone that works at ATT who may have access to their switchboard that is also gaining access to my mobile device. I already have a police report filed at the City of Detroit Police Department. There is also a person named Gloria Redmond that is gaining access to my computer and Mobile device.

I don't know where she is stationed at the present moment but I do know where her church is. I have addresses of other individuals that are from Ford Motor Company that is involved. I went into the

hospital and I have documents from my doctors stating that someone has been accessing my computers and mobile devices. There is a case in Portland Oregon area about a woman that had a Sprint phone and was being monitored on her phone by someone that was telling her about what was happening in her home as well. This case was started in 2007.

I had pictures on my wireless windows mobile device. These pictures were related to the previous complaint that I filed with this service last week. I overheard her and the person that lives at the property across the street speaking on my wireless windows mobile based device in regards to the pictures that were taken off my device. Shirley was also laughing and joking about work that I was doing on my netbook computer. She was not able to gain access to my netbook at that particular time so she began harassing me speaking loudly outside.

She lives two houses away from me on the south side of my corporate office. The person across the street from my corporate office is a woman whose address is 16260 Tuller St. Detroit, MI. 48221. I also overheard the neighbor next door whose address is 16255 Tuller St. Detroit, MI. 48221 speaking about gaining access to my computer today to try and take some photos off of my computer. This is the same person that stole my company's proprietary information that I filed the complaint with last week. They are located next door to my corporate office.

5/30/2010 6:32p.m.
I was listening to the Mason Radio show in my car and I perceived that he was making comments about my cousin. Angie Star on the show was saying that it was speaking family affair saying that sexual comments and making comments that someone was masturbating there family member.

I was in my home and I heard some people outside talking about my disability and they said I was telling them what was coming next. Then they said that they need to be listening to what they put over the speakers. Then they started arguing and I heard a Gia Cartwright say you need to go and write it down. Then I started writing and I heard Gia say that I knew just what to do. I then heard Rod Gray say that I only had one more day left to miss work and that if I missed I would be fired. Also that if I go back to the plant that I would have to go down on a man.

I then heard Gloria say that their face is out on the internet and that they can't go nowhere. Then I heard another voice say that ain't nothing but a full throttle, that ain't nothing but a man. They talked about how stupid it was to put my ex-girlfriend Tadarra Crudup on my phone. They also said that I knew actually what to listen for with regard to me going downtown to WGPR radio station. 8/1/2010 Today, I overheard Al Cannon Jr. say something about using electronics. After he said it, I felt something in my genital area and I started reciting scriptures from the bible.

Someone in Al Cannon Sr's home was talking about how Gia Cartwright who is an AT&T employee likes me and him and that we were in competition for her. I then heard a young person down the street say that that just tells you what kind of dad I was. She said that she referenced the past tense because that's how I was before they came after me. I then heard voices on car radios that were connected to cell phone's either through Bluetooth or synced by their car software.

After this I heard a noise coming out of Al Cannon Sr.'s house. It sounded like a scrambler. As the noise subsided one of the people that stayed their walked out of the house and call someone on his phone and asked someone if they got his text message.

6/02/2010
I had a Dash 3G Windows Mobile Based Smartphone from T-Mobile. I went to pay my phone bill. I reset my computer to manufacturer's settings and tried to enter the password into my windows mobile base device. Password was reset and I was locked out of my Phone. I attempted to enter three other passwords that I use and was not able to get into my phone. I heard a woman on the phone start laughing and a guy on the phone say you ain't going to be able to get know where unless you either become a police officer or join the motorcycle club. They also said that it is going to be a war between the Police and the Motorcycle club.

6/2010
I was in the dining room in my house and I was working on the computer. I had a thought where I was asked why I haven't had sex. I thought in my mind that I'm going to heaven. Then I heard a voice in on my mobile phone say you responded. I then felt a few twitch's in my foot. After that I heard a woman on my mobile phone say, it's all electronic because Kris didn't even say anything.

I was working on my computer and I heard Shirley that lives at 16249 Tuller St. say that they were going to rob me. She said that they were going to take everything that I own. Then I heard Gloria on my phone say that I know how to make a bomb. Then a person down the street yelled out that I was schizophrenic. I heard a car ride down the street with the windows down and on their phone was connected to their car radio.

The person that they were talking to said that they needed to leave Kris alone. Let him go on. Then I heard Gloria in my ears say that they wanted someone to blow something up for them. Then I said did I hear them say they want someone to blow something up for them. I then heard a neighbor say yes they want someone to blow something up for them.

I yelled I'm not blowing anything up for you. I said that's probably why they kept saying they had a young one just before the Christmas Day plane incident over Detroit/Windsor in 2009. Then one of the people that live in Al Cannon's house yell shit and slammed the door to their house. A woman in the house at an angle across the street came outside and said I just heard someone put something out there. After she said that she got in her car at left. Then I heard another person slam a door on their house.

I then yelled to Shirley you thought that turn the other cheek meant take another hit, no it means that you owe me some money. Then I yelled an eye for an eye means that what you do will come back to you. Then I heard another woman on my phone say you didn't want to have anything to do with it. Then Shirley walked outside and said he just broke out. He ain't gonna blow up anything for you.

Then I said that they heard you because I heard Tom Joyner on the radio mention something that was taking place in my home. Then Shirley said, he even knows what we got going on the radio. I heard Al

Cannon Jr. say we did that voice over that was in your head and I said, "oh it's a voice over". Then I heard a man outside say the people next door to me in a motorcycle club and they better not do anything wrong. Someone else outside said when we first started nothing like this ever happened.

7/2010
I was working online in my home trying to find some properties for a Realtor friend of mine. Because we worked together in the business I was able to assist her in finding homes. I heard a woman outside yell that they had my Real Estate license number and they were going to mess up my name with the State of Michigan. Then Al Cannon Jr. was on my phone and said you don't know how far we will go to stop you.

I then said that you don't want to do that because you are heeping humps of coal on yourselves. Then someone down the street got mad and yelled out that all the people that are high up in their organization is making all the money and they are not going anywhere. Then a woman yelled out that they could not do anything with my license number because my license was not active. I was laying in the dining room at home and I heard Al Cannon Jr. talking in their house. As I was laying there Al Cannon Jr. said that he can make me snore. I then began to snore and I lifted up my head. I then heard Gia say that I didn't know that that can do that.

Then I went to the store and I saw a friend and I told him what was happening to me. I heard Gia say that they tried to kill me. Then when I got in the car I said the people that use electronics tried to kill me by stopping me from breathing. When I got home I said to Al Cannon Jr. that its a lot of people that want to catch you outside and beat you down. Someone rode pass my house in a car and yelled out the window yeah.

7/25/2010
I was lifting weights in my home and I heard Helen Cannon outside the house next door. She called Al Cannon Sr. on her phone and asked him how she could set someone up. I walked outside to go to the store. She said to me you want get anywhere on that back tire then she went back into the house. I got into my car and went to the gas station to put some air in my tires. As I pumped air in the tires a Iranian man drove up to me very fast. He pointed a gun at me and got out of the car.

When he got out he put the gun in his pants. He was wearing army pants and a white tee shirt. His demeanor was frantic and he asked me to follow him to the University of Detroit Mercy campus on Livernois and McNichols. He said that he was going to drop the car off in the parking lot and he wanted me to bring him back to the gas station. I told him that I could not follow him there because I had to go downtown. He asked me about five more times each time he got more and more angry. He eventually said ok and got into his car and left.

7/30/2010
I came home and saw Al Cannon Sr. standing on his porch. I told him that the people in his house where still harassing me and if they don't stop we are going to have a problem. I then said tell Rod Gray to leave me alone. Then one of his family members was there and Al told him to take care of me. He said that he would talk to them and try to put an end to what was happening.

8/1/2010

Today I heard Al Cannon Jr. say that they were using electronics on me. I felt a feeling in my genital area and I also felt electronic waves going through my body. They continued to use the electronics on me as I prayed. I heard someone on the phone say that they don't know why they won't say that he's a terrorist, speaking of me.

5:15p.m.-5:20p.m.

I was talking to Keith Haddon on the phone and we were talking about bus passes. I told him that I had to get a Regional bus pass because my car got reposed. When I hung up I heard Rod Gray and another person say through my phone that they can break me down some more. Then they said so that they can say whatever they want on the radio. They also said that they can make it to were you won't be able to get a lawyer in Detroit. As I was reading the news on my mobile device Al Cannon Jr. was trying to set me up to fight the whole neighborhood.

8/18/2010 3:45p.m.-4:30p.m.

I heard Al Cannon Jr. say that they went throughout my house and was attempting to provoke me into a verbal confrontation. They stood outside their home and talked about me being on disability and still having my job. Then they started using electronics to harass me and where gaining access to my wireless mobile device. They were talking on my phone and was trying to steal files out of it.

8/19/2010

I was in my home lifting weights and Al Cannon Jr. began harassing me on my mobile phone. He began to sexually harass me talking about my penis being hard and saying because of the lawsuit I'm making too much money. I felt electronic waves going through my body and I felt the nerves in my penis. He said that Rod Gray said he don't want any money going around. When I heard them outside I went outside and asked them to stop and they began to assault me.

Al grabbed an aluminum bat out of his van and began waving in my face. He then went into his house and got a shotgun. He walked out of the house with the gun and pointed it at me. He then took the gun into the house and got the bat again. I was on the phone with 911 and he began to hit me with the aluminum bat. I fell to the ground and got up to go and call 911 again because he knocked the phone out of my hand.

When I got off the ground Al Cannon Jr. hit me in the eye and Al Cannon Sr. hit me in the back with the aluminum bat. I then got up and walked down the street to a pay phone. They got in their van and tried to run me over. I went to a person's house and called 911. The police came and took Al Cannon Sr. to jail. I went to the hospital. Al Cannon Sr. admitted to the police that he assaulted me and the police put the testimony on the report.

After I got out of the hospital I went back home and my front door was opened. When I went into the house I saw that my wallet was gone as well as some money. I went to the police department and filed a police report and the police told me to find somewhere to go for the time being. I asked my brother can I stay at his house located at 12510 Duchess and he said yeah.

8/23/2010

After moving into 12510 Duchess the neighbors located at 12520 Duchess began to say that they knew that I wasn't the one to go out on and that I was injured from the beat down on the Westside. They were illegally using electronic surveillance on me and they were taunting me and making sexual advances toward me. They were saying my penis is hard and that I won't go back through a woman's legs. They also began to taunt me by saying that I'm not the one to go out on. I understood this saying to mean that they were going to continue doing the electronic harassment on me. I heard a voice on the alarm system that sounded like Barack Obama. He said shut up and sit down. I heard them say something about a recording and they played it. It was Rod Gray telling that they were going down with terrorism. They began to say that they did not sign on to terrorism, they were military veterans.

8/22/2010

I got into an argument with the neighbors located at 12520 Duchess and I went to the Police Dept. to file a police report. When I got there the police said that I needed to know the names of the people I was arguing with in order to file the report. I went back to the property at Duchess and the back door was kicked in. When I went into the house the home was ransacked.

I looked in the bedroom and found that the only thing that they took was a set of flash drives with graffiti on it and some FBI files and two area rugs. The mattress on the bed was moved into the basement and the pex plumbing was cut. The mattress was soaking wet and the table in the dining room was kicked over. I went upstairs because I had more evidence that was related to the lawsuit that was filed in U.S. District court and I saw that they left it there.

8/27/2010

I woke up this morning and I heard someone breaking into the house. I ran downstairs and saw the front door partially open and I heard them prying the door jamb open with a crowbar. I; yelled what the fuck are you doing. The person then said oh shit; and took off running. Later this morning I saw someone sitting in the driveway. They saw me walk out of the house and I asked them if I could help them and they said I didn't know you stayed here and frantically backed out of the driveway and parked across the street. Then they pulled up in the driveway next door.

They were driving a black Chevy Trailblazer SS. I saw two people sitting in the SUV, a woman who looked to be in her late 30's and a black male in the passenger seat. I asked them who they were waiting for and they said the people located at 12520 Duchess. After I went back into the house they pulled off and left. I then walked to the corner store.

Then my brother came to the house and he said that as I was at the store someone was sitting on the front porch of the house located at 12520 Duchess and they were looking at the property where I was staying. The person told him that no one was there and then my brother went into the house. He said when he looked back out the window the guy that was sitting on the porch was gone.

When the police arrived the asked me if I was the owner and I told them that my brother let me stay there because of the assault. My wallet was stolen and I did not have any identification on me. They made me leave the home because they said that I was breaking the law.

9/5/2010

I was laying in my dining room in my house and I heard someone outside talking about the weights that I have and saying that my house has an odor to it. Then they said that they went into my house when I got jumped on by the neighbors. Then I heard Al Cannon Jr. on my mobile phone talking about my daughter saying that something was wrong with her and just let her do it.

9/7/2010

I was at home and I heard Al Cannon Sr. on my phone talking and moaning. I felt electronic currents going through my body and pulses on my penis. I said to him get off my phone and cut my head off. Then Al Cannon Sr. said that they were not going to stop harassing you until you swing on someone. You got to fight to get out of it.

9/21/2010

The people in the street were outside my home saying that they were getting ready to take me down. Al Cannon Jr. was talking on my mobile phone. He was taunting me saying if I go file another police report they were going to jump me on my way to the police department.

11/14/2010

I was laying down on the floor sleeping and I heard voices on my phone. I could hear Al Cannon Jr. laughing and talking to a woman. I picked up the phone and said get off my phone. I did not give you permission to be on it. Then I felt electronic pulses in my right calf muscle. I then heard Al Cannon Jr. say that I was his husband. I said I'm not your husband and get off my phone. I heard him say that I had that software on my phone again and you won't throw us down. Then I began to feel pulses in my penis. I said cut my head off. They did not stop so I filed a police report.

11/26/2010

I was on the Mack bus going to Caribou Coffee on Mack and Morross. I was thinking of going to church and what I was going to wear. A woman on the phone said he going to church. I heard Al Cannon Jr. say that he was waiting to get all of them in the church and set it off. Then the woman said did he just say he was going to blow up his church. Then Al Cannon Jr. started laughing and I began to feel the electronic pulses in my head. I called the Police Department and they told me to come make a report. I also went to the FBI and spoke to a Hank Paulson.

12/1/2010

After the show cause hearing for the PPO was over. I left the court and was on the bus going home. I then felt electronic waves in my body. I also felt pulses on my penis and on my renal area. I heard Rod Gray on the phone say uh oh. Then I grabbed my phone and said get off my phone and cut my head off. Then I heard Al Cannon Jr. say there's no PPO anymore on electronics and cybercrime. They continued to do electronic harassment and surveillance throughout the day.

12/17/2010

I was laying on the floor in my apartment and I was dreaming about court. When I woke up I began thinking about a friend of mine that is a judge. I then began to think about sexual things that I would like to do with her. Then I heard a neighbor in my apartment building say, I never saw anybody do that

before. Then he said he never saw anyone that can change a subject in their mind because they were attempting to send thoughts to my brain. Then I said cut my head off I'm not gay. I then felt my nerves in my muscles twitch. I heard someone on the phone say that they tightening up my muscles. Then I said leave my muscles alone. I'm not a robot.

12/31/ 2010
Graffiti on a building on Woodward near I-75 was put there to inform the people in Rod Grays network where I have been getting my money from. They have been targeting me since the beginning of my medical leave. I noticed on the graffiti that it states the type of phone that I have and also that they knew that I went to the ATM machine and took some money out and bought my phone, a T-Mobile with Android software and Motorola Blur backup for all of my files, contacts and data storage.

There is graffiti in areas of the City that is talking about me and my national heritage. I have been assaulted and threatened by individuals in Rod Grays network. TWD was spray-painted by a slander of my name on Warren and Grand River. After the spray-painting I was assaulted by Al Cannon Sr. and his son Al Cannon Jr. They tried to run me over with their van as well.

I was laying on the floor and I heard someone say on my phone that I won't win because I shouldn't say what I said at Fairlane Mall. They said that I might as well go puff on one. They said that they already pulled my paperwork from my doctors office.

1/15/2011
I was at the library and working on their computer and I heard some voices coming out of my mobile device. I heard Rod Gray, Al Cannon Sr., and Al Cannon Jr. on my phone. They were making sexual comments about my penis and saying that I have a hard on, its small and that I won't go over another one. They also said that they were going to continue to harass me as long as I continue in the lawsuit. I also felt electronic pulses on my penis and this is been happening since the beginning of my medical leave in 2006.

2/17/2011 12:00p.m. - 1:00p.m.
I was looking through my wireless device and I noticed that a folder was deleted that contained the U.S. Constitution and some photos were gone that was evidence to the lawsuit. I heard Al Cannon Jr. say no body breaks down what we go on. Then he stated laughing and mocking me. He then began to do electronic harassment on me. I started feeling electronic waves in my body and electronic pulses in my head. Then I started feeling different nerves in my penis and renal region. I grabbed my Motorola phone and said cut my head off. Then he said that he didn't care about me saying cut my head off or going to the police for sexual harassment.

2/20/2011 11:30a.m.-12:00noon
I was laying on the floor in my apartment and I began to feel electronic pulses in my brain. I also began to feel electronic waves going through my body. I heard a woman on the phone say they torturing Dorr. Then Al Cannon Jr. said yall don't get it twice. I then heard the woman again say this is the end of the age and they torturing Dorr. Then I heard Al Cannon Jr. say that he's not going to stop.

I called the Detroit police and asked to speak with Investigator Ellison and they said that she was not in and that I would have to call back. After I hung up Al Cannon Jr. said on my phone you shouldn't said nothing. Then the maintenance person in the building said that Rod Gray said ain't any money going around. I was in the Wayne State University UGL library and I went to use the bathroom. As I was walking to the bathroom I was randomly thinking about a song. I then heard Al Cannon Jr. on my phone say "the computer cannot make out what he is thinking".

2/22/2011 10:02 p.m.
I walked into my apartment and I heard Al Cannon Sr. say that I would not get off of the tower and he started doing electronic harassment. I started felling electronic waves in body and his son Al Cannon Jr. started laughing. Then I heard him say that you want get over what they go on.

2/23/2011
I woke up today and I felt the electronic waves going through my body. I grabbed my phone and said cut my head off. I then heard Al Cannon Sr. making moaning sounds on my phone. I started feeling electronic pulses in my penis and in my renal exit area. Al Cannon just kept moaning on my phone.

I got up and went to run some water on my arms. I went back to lay down and went back to sleep when I woke up again I felt the electronic pulses in my head and the electronic waves in my body again. Al Cannon Sr. said you won't tear down what they go on and won't get down from there. Meaning the network they use to activate the microchip. This has been happening to me "everyday" since 2009

2/24/2011
I kept waking up and every time I woke up felt electronic waves going through my body. I told Al Cannon Jr. to stop doing the electronic harassment and they said no one tears down what they got going on. So I went and stuck my arms under some water. When I laid back down they began to send electronic pulses through my brain. Al Cannon Sr. kept saying that nobody tears down what they go on.

I heard them talk about Barack Obama many times saying, that I'm going against him and they work for him. I kept telling them to stop harassing me and they just kept doing the electronic harassment. I began to write what was happening to me and I heard a woman moan on my phone. I then felt an electronic pulse in my renal area.

I got to Fairlane Mall and I was reading about Obama and his views toward that Constitution. I felt a electronic pulse in my renal area. Then the Michigan Ave. bus arrived and I got on it. I heard Obama say you got stronger. I felt a nerve on my penis and I heard Al Cannon Jr. laughing. I grabbed my phone and said cut my head off. Then I felt a sharp pain in my abdomen. Then I felt a dull feeling in my penis again.

2/26/2011
I was reading news articles that I printed and I was reading the ones where Barack Obama told the Justice Department not to defend the Defense of Marriage Act and ti started felling the nerves in my penis again. I remembered that I heard Al Cannon Jr. say that he wanted me to be his husband. I keep telling him that I was not his husband and I don't like him. I said that I'm not gay. He keeps trying to make me a homosexual and I keep telling him that I don't like men and that I preference is woman.

2/28/2011

I was working on the computer at Oakland County Community College and I started feeling electronic pulses and currents going through my body. I was also feeling electronic pulses in my penis. I then grabbed my phone and called the United Nations I told them that Barack Obama had a group of people harassing me and stalking me. They were doing electronic surveillance on me and also doing Remote Neural Monitoring. I said that the proof is in the Health Care Bill H.R. 3200 Pg. 1001.

It's a class II medical device used to gain access to a person's nervous system. They told me to call Geneva and I called them. They told me to call back because it was 9:00p.m. there. I felt the nerves in my penis and I heard Al Cannon Jr. on my phone saying that he won't stop. After I called Geneva I heard him on my phone saying that he had never saw anyone do that. I heard a woman on the phone talking low and trying to distract me from completing the paperwork. I grabbed the phone and said that I'm not going to stop.

3/26/2011 5:30a.m.-6:00a.m.

I was laying on the floor and I felt static electricity in my brain. I heard Gia say what are they doing to that man. I then heard a woman say that they are trying to take out his x chromosomes and leave his y ones in. Then I heard Gia say that's what they trying to do. Oh my God. Then I heard Al Cannon Jr. say that's why he wake up early in the morning because he got too much hormones in him and he can't sleep.

I heard a woman say that's why he work out so your can't take out all his x chromosomes. I then heard a man on the phone say they let out to much. I then heard a woman say unless he wants to be a homo he better get his ass up and run. Then I heard a lady say that he told God that he was never going to do a homosexual act. That's why he's going through it. Then another man got on the phone and said were done.

4/2/2011 8:30p.m.

At the library I kept felling electro static discharge in my penis. I heard Al Cannon Jr. laughing on my phone. As I was working I continued to feel static discharge in my penus and I heard Al Cannon Sr. moaning on my phone.

4/7/2011

I was working at Wayne State University UGL library and as I was typing I began to feel electrostatic discharge in my penis. I grabbed the phone and said cut my head off. Then I heard someone laughing at another station. Then I began to feel electronic currents going through my body. Anitra Crawford grabbed the phone and said cut his head off. I then heard men on my phone talking.

They are using the Dental Amalgam filling that is in my tooth as a microchip. The amalgam is made up of mercury and other metals. The tooth that the amalgam is in is crystalline. The amalgam sends signals to the cell towers in the neighborhood and this is how they are gaining access to my central nervous system. I did not give them consent to gain access to my genetic information and I did not know that the Dental Filling was used as a semiconductor until approximately January 2011. Before this I thought that I was implanted at birth. Please see exhibits.

Additional Claims

The Constitution of the United States

- Amendment 14 - Citizenship Rights. Ratified 7/9/1868.

Universal Declaration of Human Rights

- Article 1 - Article 2 - Article 3 - Article 5 - Article 16 - Article 18 - Article 24

42 U.S.C.

- §2000ff–1. Employer practices
  (a)(1)&(2),(b)

- §2000ff–5. Confidentiality of genetic information
  (a)&(b)

- §12132. Discrimination

PUBLIC LAW 111–148

- SEC. 1554. ACCESS TO THERAPIES.
  (5)

- SEC. 1555. FREEDOM NOT TO PARTICIPATE IN FEDERAL HEALTH INSURANCE PROGRAMS.

- SEC. 1557. NONDISCRIMINATION
  (a)&(b)

- SEC. 1558. PROTECTIONS FOR EMPLOYEES.
  29 USC 218C. "SEC. 18C. PROTECTIONS FOR EMPLOYEES. (a)(2)&(3)&(4)&(5)

- SEC. 1561. HEALTH INFORMATION TECHNOLOGY ENROLLMENT STANDARDS AND PROTOCOLS.
  42 USC 300jj–51. "SEC. 3021. HEALTH INFORMATION TECHNOLOGY ENROLLMENT
  STANDARDS AND PROTOCOLS.
  (a)(2),(c)&(b)(4)&(6)&(7)

5 U.S.C.

- § 552a. Records maintained on individuals
  (b)&(c)&(d)(1)&(e)(3)(A),(B),(C),(D)

21 U.S.C.

- §331. Prohibited acts
  (a),(b)
- Pub. L. 107–188, §322(b)

- §360*oo*. Prohibited acts

- §1802. Electronic surveillance authorization without court order; certification by Attorney General; reports to Congressional committees; transmittal under seal; duties and compensation of communication common carrier; applications; jurisdiction of court
  (a)(1)(A)(i),(ii)&(B)

℁JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Kristopher Dorr

**DEFENDANTS**
Ford Motor Company/Mazda Motor Corporation/Auto Alliance International/AAI Employee Services/Roderick Gray/Al Cannon Jr./Ron Greymar

**(b)** County of Residence of First Listed Plaintiff   Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Wayne
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kristopher Dorr
14633 Plymouth Rd. Unit 39
Detroit, MI. 48227 517-918-1294

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

Citizen

Case:2:11-cv-11542
Judge: Zatkoff, Lawrence P.
MJ: Majzoub, Mona K.
Filed: 04-11-2011 At 03:46 PM
EEOC CMP: KRISTOPHER DORR V. FORD MOTOR CO, ET AL (KB)

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Constitutional Laws
Brief description of cause:
Release of Health Information / Illegally Gathering Genetic Information Without Consent / Human Experimentation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  4/11/2011

SIGNATURE OF ATTORNEY OF RECORD  Kristopher Dorr

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____